IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Claude Thomas                         :
                                      :
          v.                          :          No. 2236 C.D. 2015
                                      :
Kathleen G. Kane and                  :          No. 2416 C.D. 2015
Kevin L. Wevodau                      :
                                      :
Appeal of: Kathleen G. Kane           :

# **O R D E R**

NOW, November 30, 2016, upon consideration of appellee's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge